UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY PARKER,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>MAHLE FILTER SYSTEM<br>NORTH AMERICA, INC.,<br><br>　　　　　　　　Defendant. | Case No. 25-cv-12491<br>Honorable Brandy R. McMillion<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL (ECF NO. 22), AND FOR THE PARTIES TO ENGAGE IN A CONFERENCE UNDER FED. R. CIV. P. 26(f), TO FILE A DISCOVERY PLAN, AND TO APPEAR FOR A SCHEDULING CONFERENCE**

Plaintiff Anthony Parker sues his former employer, Defendant Mahle Filter System North America, Inc. ECF No. 1. The Honorable Brandy R. McMillion referred the case to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 14. Parker moves to compel Mahle's production of a witness statement and the witness's address. ECF No. 22.

Parker's motion is premature. Federal Rule of Civil Procedure 26(d)(1) precludes parties from "seek[ing] discovery from any source before the parties have conferred as required by Rule 26(f), except in a

proceeding exempted from initial disclosure under Rule 26(a)(1)(B), or when authorized by these rules, by stipulation, or by court order." None of the exceptions to this rule apply. Nor has Parker requested early discovery. Parker argues that Mahle must produce this information in its initial disclosures. *See* ECF No. 22. But "[a] party must make the initial disclosures at or within 14 days after the parties' Rule 26(f) conference unless a different time is set by stipulation or court order." Fed R. Civ. P. 26(a)(1)(C). Parker's motion is thus **DENIED**.

Parker and defense counsel must meet and confer **in person or by video conference** to prepare and then file a joint discovery plan as described in Federal Rule of Civil Procedures 26(f)(3)(A)-(F), as well as (1) a brief summary of the case, (2) whether there may be amendments to pleadings, (3) other anticipated motion practice, (4) the basis for subject-matter jurisdiction, and (5) other related litigation, **by November 21, 2025**. Parker and defense counsel must address during their meet and confer and in the joint discovery plan whether they wish to engage in alternative dispute resolution (ADR), the form of ADR they prefer, and the proposed timing of the ADR. And Parker and defense counsel must appear for a remote scheduling conference **on December 2, 2025 at 11:30 a.m.**

2

                                                                                           s/Elizabeth A. Stafford
                                                                                           ELIZABETH A. STAFFORD
                                                                                          United States Magistrate Judge

Dated: October 30, 2025

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 30, 2025.

                                                                                           s/Davon Allen
                                                                                          DAVON ALLEN
                                                                                          Case Manager